No. 92–7380 (A–569). BOLDER v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied. Certiorari denied.

## JANUARY 29, 1993

No. 92–1105. ISUZŪ MOTORS, LTD., ET AL. v. DORSETT. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.

## FEBRUARY 3, 1993

No. 92–5224. EVANS v. COURT OF COMMON PLEAS, DELAWARE COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.

## FEBRUARY 9, 1993

No. A–603 (92–7567). HAWKINS v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.